UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

EARLENE PETERSON,                      )
KIMMA GUREL,                           )
MONICA VIELLETTE,                      )
                                       )
            Plaintiffs,                )
                                       )
        v.                             )      No. 2:20-cv-00350-JMS-DLP
                                       )
WILLIAM P. BARR,                       )
MICHAEL CARVAJAL,                      )
T.J. WATSON,                           )
                                       )
            Defendants.                )

**AMENDED SCHEDULING ORDER**
**TELEPHONIC STATUS CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The Court, *sua sponte*, hereby **CONVERTS** the July 9, 2020 telephonic

status conference to a settlement conference. Counsel shall attend the conference by

calling the designated telephone number, to be provided by the Court via email

generated by the Court's ECF system.

        SO ORDERED.


        Date: 7/9/2020


                                    _____
                                    Doris L. Pryor
                                    United States Magistrate Judge
Distribution:                       Southern District of Indiana


All ECF-registered counsel of record via email