**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |
|---|---|
| EARLENE BRANCH PETERSON, KIMMA GUREL, and MONICA VEILLETTE,<br><br>                Plaintiffs,<br><br>     v.<br><br>WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex,<br><br>                Defendants. | Case No. 2:20-cv-00350-JMS-DLP |

## AFFIDAVIT OF EARLENE BRANCH PETERSON

Earlene Branch Peterson, after being duly, sworn, hereby deposes and states as follows:

1. My name is Earlene Branch Peterson. I am 81 years old, and reside in Hector, Arkansas.

2. I am the mother of the late Nancy Mueller, and the grandmother of the late Sarah Elizabeth Powell.

3. I attended every day of the trial of Daniel Lee in the federal

courthouse in Little Rock, Arkansas except for one day when I was so ill that I had to be hospitalized.  I think about my daughter and granddaughter every day, and I pray for them every day.  I am not at peace, and my prayer is that peace will come to me somehow when this is over.

4.  I am under the care of a doctor for a number of heart problems.  I have had a heart attack that damaged my heart, and I have had open-heart surgery.  I have congestive heart failure at this time, and I must take medications for my conditions.  My doctor has advised me to remain at home and avoid personal contact with others due to the COVID-19 pandemic.

5.  I have not left my home county of Pope County, Arkansas, since I became aware of the COVID-19 pandemic sometime in February. In normal times I am able to travel, but during this pandemic I am not doing so.

6. I have been homebound since March 10, 2020, when I first became aware that COVID-19 was present in Arkansas.  I have been advised by my doctor to be very careful about contact with others.  I live with my son Paul Branch, and I have seen my sister, but I am limiting my contact with others.  My neighbor who is a Certified Nursing Assistant has been getting my groceries and medicine for me and delivering these necessities to me at home.  I am very fearful of the virus due to my age, my medical conditions, and the advice of my doctor.  I bought a full tank of gas for my car on March 10, and my tank is still full because I have not been going out almost at all for four months.

7.  As victims in the Kehoe-Lee murder case, our family was given the opportunity to receive notices and updates regarding the status of the cases, and the punishment of the convicted.  My daughter Kimma Gurel, my niece Monica Veillette and I requested to be witnesses to the execution Daniel Lewis Lee set for December of 2019.  We were notified that we had been granted that right.  Monica helped with the arrangements with the people from the prison.

8.  Monica and Kimma made plans to go to the witness room at the prison.  I was not sure I wanted to do that, but I began to make plans to go to Terre Haute because I wanted to be with my family, and I was considering going to the prison.  In the meantime I had a medical issue, and the execution was cancelled.

9.  When Danny Lee was scheduled to be executed in December, 2019, I was making plans to travel to Terre Haute.  Terre Haute, Indiana is about 580 miles from Hector, Arkansas.  My son Paul was planning to drive me to the prison.  Paul has multiple sclerosis. He is able to drive safely, but he and I are not able to make long trips in one day.  We planned to make the drive in two days, with one night of rest in a hotel along the way.  We planned to spend another night in Terre Haute, and then return home with another night's stay in a hotel.  This planning stopped when I had a medical problem, and when the execution was halted.

10. I was never asked by anyone from the prison or the government about my ability to travel to the execution scheduled for July  13, 2020.  If the pandemic were not going on I would go to the execution.  If I were to go now I would have to violate my doctor's orders to make the trip.  Paul and I would have to travel

by car across four states to Terre Haute to the prison there.  We would have to stop at least every two hours so I could walk because of my congestive heart failure.  We would also have to stop for gas and for meals. I would have to spend a total of three or four nights in hotels.  I would be exposed to the virus at all of these locations.  I would then be exposed at the prison to numerous people who are also in contact with other prisoners.  Monica told me that we would not be able to maintain social distance at the prison.  I could do these things during normal times, but not during the pandemic.

11. I feel as if my right to attend this execution was taken away from me when the date was set during the pandemic, which is getting worse.  I am now faced with an impossible choice of either not exercising my right to attend the execution, or traveling in dangerous conditions which could cause me to become very sick, or even die.

12. I want to attend this execution at a time when it is safe for people to travel.  Although I have some medical issues, I can travel if the conditions are not especially dangerous.

13. I pray every day for my lost daughter and granddaughter.  As a mother I feel very sorry for Daniel Lewis Lee's mother.  I hope somehow by attending I can find some peace.  Right now I am not at peace.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 9, 2020.


   /s/  Earlene Branch Peterson
Earlene Branch Peterson