**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

| | |
|---|---|
| EARLENE BRANCH PETERSON, KIMMA GUREL, and MONICA VEILLETTE, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, in his official capacity as Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correction Complex, <br><br> Defendants. | Case No. 2:20-cv-00350-JMS-DLP |

## AFFIDAVIT OF MONICA VEILLETTE

Comes now Monica Veillette, who after being first duly sworn, deposes and states as follows:

1.  My name is Monica Veillette.  I am over the age of eighteen years, of sound mind, and reside in Spokane, Washington.

2.  My grandmother is Earlene Branch Peterson, who is the mother of the late Nancy Mueller.  My mother is Kimma Gurel, who is the late Nancy Mueller's sister.  Therefore, I am the niece of the late Nancy Mueller, and the cousin of the late Sarah Elizabeth Powell.

3.   As a family member of the victims in the murder case involving Daniel Lewis Lee, I have had numerous interactions with the Bureau of Prisons in connection with the planned executions of Daniel Lewis Lee.  I basically acted as the family liaison to the Bureau of Prisons because I am more easily reached than the others, and more technologically oriented than my mother or my grandmother.

4.   Our family registered with the federal Victim Notification Program to receive notices and updates with respect to the crimes involving our family.  When the first execution date for Daniel Lewis Lee was set, someone first called my grandmother and told her about the upcoming execution.  She understood that representatives of our family had the right to attend.

5.   My grandmother, my mother and I decided to go to Terre Haute. We were all granted this right, and Mr. Steve Markle was the primary person who worked with us regarding the arrangements for the trip. Although my grandmother decided she probably did not want to be in the witness room, she did want to be with our family in some place close by in Terre Haute.  The final arrangements were never made because the execution was called off.  Although my grandmother was involved in some of the discussions, I also began to be involved in the matters relating to travel to the first execution.

6.   When the second execution date was set, Mr. Steve Markle called me directly to discuss it. My grandmother I believe had also told him to contact me about her arrangements.  I immediately expressed to him my concern about the

COVID-19 pandemic for my grandmother, my mother, and myself.  I believe my grandmother also did so with him directly.

7.  I have asthma, and am under a doctor's care for it.  I have medication for treatment of asthma.  When the pandemic started, my asthma specialist called me and warned me to be extremely careful during the pandemic. She advised me to adhere to Washington's stay at home order.  She said that I should not travel, that I should avoid any crowds, and that I should always social distance.  I also have Centralized Sensitization Disorder (fibromyalgia).  Because of my health conditions I have not traveled during the pandemic, and I have been very careful in every way.  I always wear a mask in public places.  Even when I visit my mother I maintain social distance, wear a mask, and avoid any personal contact with her.

8.  Shortly after the second execution date was set I spoke with Mr. Markle several times.  I asked him very specifically about how my family could be protected when at the prison.  He told me that it would be impossible to maintain social distancing at the witness room, in the hallways, in the transport vans, at checkpoints and at other areas in the prison.

9.  I asked Mr. Markle to send me something in writing describing what measures the prison was going to take to keep me, my mother and my grandmother safe so I would be sure and could share that with my family.  I have not ever received anything from him or anyone else which gave me any assurances

regarding the safety of our family.  I specifically remember that Mr. Markle told me he could not send me anything in writing because it would be "discoverable."  I did not know what that meant.  When I asked him he said that anything he sent might be used in court, and therefore he could not send me anything.

10. I am likewise very concerned about travel from Spokane, Washington to Terre Haute during the pandemic. Spokane has recently had a big uptick in coronavirus cases. I know that my mother and I would have to fly from the Spokane airport first to a major airport, probably in Denver or California, and then change planes one or more times to get to Indianapolis.  I understood from Mr. Markle that we would then have a trip in a transport of some kind to get to Terre Haute.

11. The dangers to me and my family with respect to travel to Terre Haute, staying a hotel, riding in transports, being inside the prison, being in the witness room and the other areas are such that I and my family are being denied our rights to attend this execution.  I (like my family members) am being forced to make a choice between protecting my health by following my doctor's orders, or risking my health in order to assert my right to attend the execution which, by its very nature, will only happen once.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on July 9, 2020.        /s/ Monica Veillette
                                 Monica Veillette