UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| EARLENE PETERSON, | ) | |
| KIMMA GUREL, | ) | |
| MONICA VEILLETTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00350-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, | ) | |
| MICHAEL CARVAJAL, | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Preliminary Injunction**

The Court concluded in an order issued on this date that plaintiffs Earlene Peterson, Kimma Gurel, and Monica Veillette have demonstrated that they are entitled to a preliminary injunction. Defendants William P. Barr, Michael Carvajal, and T.J. Watson are enjoined from carrying out the execution of Daniel Lewis Lee on July 13, 2020, or any future date, pending final resolution of the merits of this case or until further order of the Court. The Court will vacate the injunction upon a showing by the defendants of an agency action setting a date for Mr. Lee's execution in accord with the FDPA and demonstrating reasonable consideration of the plaintiffs' right to be present for the execution.

**IT IS SO ORDERED.**

Date: 7/10/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Howard Baker Kurrus
H. Baker Kurrus, PLLC
bkurrus@aol.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov