# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | |
|---|---|
| EARLENE PETERSON<br>KIMMA GUREL<br>MONICA VIELLETTE<br><br>          Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, in his official capacity as the Attorney General of the United States; MICHAEL CARVAJAL, in his official capacity as the Director of the Federal Bureau of Prisons; and T.J. WATSON, in his official capacity as Complex Warden for Terre Haute Federal Correctional Complex,<br><br>          Defendants. | Case No. 2:20-cv-00350-JMS-MJD |

## NOTICE OF APPEAL

Notice is hereby given this 10th day of July 2020, that Defendants in this action appeal to the United States Court of Appeals for the Seventh Circuit from the Order of this Court entered on July 10, 2020, *see* ECF Nos. 20, in which the Court granted the Motion for Preliminary Injunction filed by Plaintiffs, *see* ECF No. 3, and "enjoin[ed] the defendants from carrying out the execution of Daniel Lewis Lee on July 13, 2020, or on any future date, pending final resolution of the merits of this case or until further order of this Court." Order, ECF No. 20.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney


By:     _s/ Shelese Woods_____
        Shelese Woods
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, the foregoing was filed electronically through ECF/CM. On this same date, electronic service will be made to all counsel of record through the Court's ECF/CM system.

                                              s/ *Shelese Woods*
                                              Shelese Woods
                                              Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]