# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 10, 2020

**To:**    Roger A. G. Sharpe
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 20-2252 <br><br> Caption: <br> EARLENE PETERSON, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, et al., <br> Defendants - Appellants |
| District Court No: 2:20-cv-00350-JMS-DLP <br> Clerk/Agency Rep Roger A. G. Sharpe <br> District Judge Jane Magnus-Stinson <br><br> Date NOA filed in District Court: 07/10/2020 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)