UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| EARLENE PETERSON )<br>KIMMA GUREL )<br>MONICA VIELLETTE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILLIAM P. BARR, in his official )<br>capacity as the Attorney General of the )<br>United States; MICHAEL CARVAJAL, in )<br>his official capacity as the Director of the )<br>Federal Bureau of Prisons; and T.J. )<br>WATSON, in his official capacity as )<br>Complex Warden for Terre Haute Federal )<br>Correctional Complex, )<br>)<br>Defendants. ) | Case No. 2:20-cv-00350-JMS-MJD |

## DECLARATION OF RICK WINTER

I, Rick Winter, do hereby declare and state as follows:

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons ("BOP"), as Regional Counsel for the BOP's North Central Region. I have held this position since October 2016. I have been employed by the BOP since 1994.

2. The statements I make hereinafter are made on the basis of my review of the official files and records of the BOP, my own personal knowledge, or on the basis of information acquired by me through the performance of my official duties.

3. The BOP, under the supervision of the United States Marshals Service, is responsible for implementing federal death sentences. See 18 U.S.C. § 3596(a); 28 C.F.R. Part 26. Currently, execution dates are in place for four inmates. Specifically, Daniel Lee's execution is scheduled to occur on July 13, 2020; Wesley Purkey's execution is scheduled

to occur on July 15, 2020; Dustin Honken's execution is scheduled to occur on July 17, 2020; and Keith Nelson's execution is scheduled to occur on August 28, 2020.

4. In advance of these dates, the BOP has been, and intends to continue, making necessary arrangements.

5. Such arrangements include the activation of the execution team, which consists of approximately 40 BOP staff members. These staff members, by necessity, have been removed from their normal duties, which include a wide range of correctional and administrative positions within the BOP. Pursuant to the current operational plan, cessation of normal duties occurs several days in advance of a scheduled execution, in order to give the team time to practice and prepare for their role in an execution. In addition to the team members, a number of BOP administrators will be present as well. They also ceased their normal duties in the days in advance of an execution. Logistical items such as travel, lodging and personal arrangements have already been completed for the three execution dates in July.

6. Also, the BOP plans to use contractors who have made themselves available and have made necessary arrangements for personal and work related matters based on the executions scheduled in July and August. If the current execution dates are stayed, it is likely that both contractors will need at least one month's notice in order to be able to reschedule.

7. Executions will take place at the Federal Correctional Complex at Terre Haute, Indiana (FCC Terre Haute). Accordingly, FCC Terre Haute is also mobilizing personnel in preparation of the currently scheduled executions, and has also been coordinating with federal, state, and local law enforcement agencies, some of who plan to send personnel to FCC Terre Haute to help maintain security for the currently scheduled executions.

8. Approximately 100 BOP staff will serve as institution security and support during an

execution. With its staff pulled away from their normal duties, FCC Terre Haute will not be able to operate under normal conditions. For example, due to expected staffing issues and changes in security procedures, FCC Terre Haute will not be able to prepare inmate meals in the ordinary fashion. Instead, the institution plans to prepare food in advance for its approximately 2,500 inmates. This alteration in meal preparation comes at a greatly increased cost to BOP.

9. Additionally, FCC Terre Haute has made arrangements for specific needs related solely to an execution, for example contracting for buses which will be used to transport public demonstrators who wish to assemble.

10. Schedules for FCC Terre Haute staff members have been created, allocating staff based on current execution dates. For additional security and support, specialized BOP teams such as Special Operations Response Teams (SORT) and Disturbance Control Teams (DCT) will travel to FCC Terre Haute from other BOP institutions. These teams consists of approximately 50 individuals. Again, logistical arrangements such as travel and lodging have already begun for the current execution dates.

11. Additionally, BOP has made travel and lodging arrangements for the victims' family members to attend the July executions.

12. Any adjustment to the execution dates would require significant planning and coordination such as that has been undertaken by BOP to date.

I declare, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 9th day of July, 2020.

*Rick Winter (JL)*
Rick Winter
Federal Bureau of Prisons