# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 12, 2020

Before

DIANE S. SYKES, *Chief Judge*
FRANK H. EASTERBROOK, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*

| | |
|---|---|
| No. 20-2252 | EARLENE BRANCH PETERSON, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 2:20-cv-00350-JMS-DLP<br>Southern District of Indiana, Terre Haute Division<br>District Judge Jane Magnus-Stinson | |

    Upon consideration of the **EMERGENCY MOTION TO CLARIFY THAT THIS COURT'S ORDER VACATING THE PRELIMINARY INJUNCTION BARRING THE EXECUTION OF DANIEL LEWIS LEE IS IMMEDIATELY EFFECTIVE**, filed on July 12, 2020, by counsel for the appellants,

    **IT IS ORDERED** that the motion is **GRANTED**. The court's judgment entered on July 12, 2020, is effective immediately, the injunction is terminated immediately and the mandate shall issue immediately.

form name: **c7_Order_3J**(form ID: **177**)