UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| EARLENE PETERSON, | ) | |
| KIMMA GUREL, | ) | |
| MONICA VEILLETTE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00350-JMS-DLP |
| | ) | |
| WILLIAM P. BARR, | ) | |
| MICHAEL CARVAJAL, | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JULY 9, 2020**
**SETTLEMENT CONFERENCE**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

The parties appeared in person and by counsel for a settlement conference.

A settlement was not achieved.

Date: 7/14/2020

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email